WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEO C. NINAL, | Case No.: 2:17-cv-01796-RFB-CWH |
| Plaintiff, | **MOTION TO SUBSTITUTE ATTORNEY** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; SELECT PORTFOLIO SERVICING, | |
| Defendant. | |

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

**MOTION TO SUBSTITUTE ATTORNEY**

1

2        Defendant, Select Portfolio Servicing, Inc. ("Defendant"), by and through their attorneys

3   of record of the law firm of Wright, Finlay & Zak, LLP, hereby give notice that Stacy H. Rubin,

4   Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP.  Wright, Finlay & Zak,

5   LLP, will continue to represent Defendant and request that Dana Jonathon Nitz, Esq., and Ramir

6   M. Hernandez, Esq., receive all future notices.

7        DATED this 20th day of September, 2017.

8                                        WRIGHT, FINLAY & ZAK, LLP

9                                        */s/ Ramir M. Hernandez*
10                                       Dana Jonathon Nitz, Esq.
                                         Nevada Bar No. 00050
11                                       Ramir M. Hernandez, Esq.
                                         Nevada Bar No. 13146
12                                       7785 W. Sahara Avenue, Suite 200
                                         Las Vegas, NV 89117
13                                       *Attorney for Defendant, Select Portfolio Servicing,*
14                                       *Inc.*

15

16   IT IS SO ORDERED.

17        September 26,
     DATED: 2017
18

19

20   _____

21   C.W. HOFFMAN, JR.
22   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I certify that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that on this 20th day of September, 2017, I did cause a true copy of the foregoing **MOTION TO SUBSTITUTE ATTORNEY** to be served electronically through the CM/ECF system to the following:

Jason Revzin    Jason.revzin@lewisbrisbois.com, anne.cordell@lewisbrisbois.com, carrie.dunham@lewisbrisbois.com, darrell.dennis@lewisbrisbois.com

David H. Krieger    dkrieger@hainesandkrieger.com, ghaines@hainesandkrieger.com, igotnotices@hainesandkrieger.com, rachel@hainesandkrieger.com

Jennifer L Braster    jbraster@naylorandbrasterlaw.com, areams@naylorandbrasterlaw.com, asharples@naylorandbrasterlaw.com, jnaylor@naylorandbrasterlaw.com

Andrew J Sharples    asharples@naylorandbrasterlaw.com, areams@naylorandbrasterlaw.com, gmartin@jonesday.com, jbraster@naylorandbrasterlaw.com, jnaylor@naylorandbrasterlaw.com, rkjos@jonesday.com

Matthew I Knepper    matthew.knepper@knepperclark.com, efiling@knepperclark.com

Miles N Clark    miles.clark@knepperclark.com, efiling@knepperclark.com

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP