Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEO C. NINAL and SUSAN R. NINAL,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and SELECT PORTFOLIO SERVICING,<br><br>Defendants. | Case No.: 2:17-cv-01796-RFB-CWH<br>[Consolidated with Case No. 2:17-cv-01797-JAD-VCF]<br><br>**STIPULATION OF DISMISSAL OF SELECT PORTFOLIO SERVICINGWITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Select Portfolio Servicing from the above captioned action, with prejudice. Each party will bear its own fees and costs.

STIPULATION OF DISMISSAL OF SELECT PORTFOLIO SERVICINGWITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated 26th day of February, 2018.

| | |
|---|---|
| /s/ *Matthew I. Knepper.*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>Office: (702) 880-5554<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | /s/ *Ramir M. Hernandez*<br>Dana Jonathan Nitz, Esq.<br>Nevada Bar No. 50<br>Ramir Mitchell Hernandez, Esq.<br>Nevada Bar No. 13146<br>WRIGHT FINLAY & ZAK, LLP<br>7785 W. SAHARA AVE, STE 200<br>Las Vegas, NV 89117<br>Email: dnitz@wrightlegal.net<br>Email: rhernandez@wrightlegal.net<br><br>*Counsel for Defendant*<br>*Select Portfolio Servicing* |
| /s/ *Jennifer L. Braster*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawlv.com<br>Email: asharples@nblawlv.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | |

## **ORDER GRANTING**

## **DISMISSAL OF SELECT PORTFOLIO SERVICING**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 28th day of February, 2018.

STIPULATION OF DISMISSAL OF SELECT PORTFOLIO SERVICINGWITH PREJUDICE - 2